# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Tennessee



FILED

OCT 2 6 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>HISTORICAL CELL-SITE AND REAL-TIME<br>GEO-LOCATION INFORMATION FOR<br>TELEPHONE NUMBER (865) 888-3813 | )<br>)<br>)<br>)   Case No.  3:22-MJ- **2187**<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

see Attachment A.

located in the _____ Eastern _____ District of _____ Tennessee _____ , there is now concealed *(identify the person or describe the property to be seized)*:
see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

□ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 846, 841(a)(1) | Conspiracy to Distribute Heroin and Fentanyl |

The application is based on these facts:

See attached Affidavit. I certify that the information likely to be obtained is relevant to an ongoing criminal investigation conducted by the agency identified in the affidavit. See 18 U.S.C. §§ 3122(b), 3123(b).

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

John Sharp, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/5/22

City and state: Knoxville, TN

_____
*Judge's signature*

United States Magistrate Judge Jill E. McCook
*Printed name and title*